**U.S. Department of Justice**
**United States Marshals Service**

MAR 30 2020

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA  SAN ANTONIO | SA-20-MJ-484 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| All Funds in Broadway Bank, COD Acct# 400000005062, $108k & accumulated interest | Seizure Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USMS-(See Remarks Below)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

FIDEL ESPARZA III, AUSA
UNITED STATES ATTORNEY'S OFFICE
601 N.W. LOOP 410, STE. 600
SAN ANTONIO, TEXAS 78216

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on USA

FILED
APR 14 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Seize in place all funds, up to and including $108,000.00 of initial deposit & accumulated interest until a final order of forfeiture has been been entered in this case according to USMS policy and procedures.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 210-384-7040
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. D80 | No. D80 | Beverly J. Williams | 3/30/2020 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 3/30/2020   Time: 3:30  [ ] am  [X] pm

Signature of U.S. Marshal or Deputy
Beverly J. Williams

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | — | — | 65.00 | — | $0.00 |

REMARKS:
Paralegal: Sally Diaz; CATS: 20-DVA-000014    Funds seized in place

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* - To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80